# Exhibit G

New York State Unified Court System nycourts.gov

# Request for Judicial Intervention Commercial Division Addendum

UCS-840C (03/2025)
Page **1** of **2**
nycourthelp.gov

**Supreme Court**
**County of** NEW YORK

**Plaintiff/Petitioner** (persons/entities that started the case)**:**
People of the State of New York by Letitia James, Attorney General of the State of New York

**Defendant/Respondent** (persons/entities the case is against)**:**
KalshiEX LLC

**Index #:**

**Plaintiff/Petitioner's cause(s) of action** [check all that apply]:

- ☒ Breach of contract or fiduciary duty, fraud, misrepresentation, business tort (e.g., unfair competition), or statutory and/or common law violation where the breach or violation is alleged to arise out of business dealings (e.g., sales of assets or securities; corporate restructuring; partnership, shareholder, joint venture, and other business agreements; technology transactions and/or commercial disputes involving or arising out of technology; trade secrets; restrictive covenants; and employment agreements not including claims that principally involve alleged discriminatory practices)
- ☐ Transactions governed by the Uniform Commercial Code, excluding those concerning individual cooperative or condominium units
- ☐ Transactions involving commercial real property, including Yellowstone injunctions and excluding actions for the payment of rent only
- ☐ Shareholder derivative actions (without consideration of the monetary threshold)
- ☐ Commercial class actions (without consideration of the monetary threshold)
- ☐ Business transactions involving or arising out of dealings with commercial banks and other financial institutions
- ☐ Internal affairs of business organizations
- ☐ Malpractice by accountants or actuaries, and legal malpractice arising out of representation in commercial matters
- ☐ Environmental insurance coverage
- ☐ Commercial insurance coverage (e.g., directors and officers, errors and omissions, and business interruption coverage)
- ☐ Dissolution of corporations, partnerships, limited liability companies, limited liability partnerships and joint ventures (without consideration of the monetary threshold)
- ☐ Applications to stay or compel arbitration and affirm or disaffirm arbitration awards and related injunctive relief pursuant to CPLR Article 75 involving any of the foregoing enumerated commercial issues (where the applicable agreement provides for the arbitration to be heard outside the United States, the monetary threshold set forth in 22 NYCRR 202.70(a) shall not apply)



This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

Plaintiff/Petitioner's claim for compensatory damages, excluding punitive damages, interest, costs, and counsel fees claimed: $ **36,000,000,000.00** at minimum pending accounting

Plaintiff/Petitioner's claim for equitable or declaratory relief, including a brief description of the intended benefit, right being protected, or injury being averted through the equitable or declaratory relief sought and its monetary value:

Preliminarily and permanently enjoining Respondent and its principals, agents, and employees from operating an unlawful gambling business in New York without being licensed by the New York State Gaming Commission and from violating the New York State Laws, directing Respondent to make full restitution to customers who have engaged in betting on Respondent's platform; directing Respondent to pay damages caused, directly or indirectly, by the repeated and persistent illegality complained of herein plus applicable pre-judgment interest; directing Respondent to disgorge all amounts obtained in connection with or as a result of the violations of law alleged herein and all moneys obtained in connection with or as a result of the illegal practice alleged herein; Directing Respondent to pay a fine of three times the amount of its gain from the illegal practices alleged herein, pursuant to Penal Law § 80.10; Directing Respondent to pay a fine of $100,000 for each offering or attempt to offer sports wagering or mobile sports wagering in New York without authorization, pursuant to Racing Law § 1367 (16)(a); awarding costs to Petitioner of two thousand dollars ($2,000) against Respondent pursuant to CPLR § 8303(a)(6).

Defendant/Respondent's counterclaims:

- For counterclaims seeking monetary relief, provide a brief description of the claim, including the amount of compensatory damages sought, excluding punitive damages, interest, costs, and counsel fees claimed
- For counterclaims seeking equitable or declaratory relief, provide a brief description, including the intended benefit, right being protected, or injury being averted through the relief sought and its monetary value

I request that this case is assigned to the Commercial Division. I certify that the case meets the Commercial Division's jurisdictional requirements as set forth in 22 NYCRR 202.70(a), (b) and (c).

Date: **07/31/2026**

[signature]
Signature

**K. Brent Tomer**
Print Name